**DISMISS and Opinion Filed April 24, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00144-CV

## NEVEIN ELGALAD AMER, Appellant
## V.
## CHANGHAO QIAO, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-17478**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Goldstein

Before the Court is appellant's motion to dismiss this appeal. Appellant states that the appeal has become moot because the trial court has granted a new trial and vacated the appealed order. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230144F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NEVEIN ELGALAD AMER,
Appellant

No. 05-23-00144-CV      V.

CHANGHAO QIAO, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-17478.
Opinion delivered by Justice
Goldstein. Justices Carlyle and
Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered April 24, 2023